Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ALBERT MEYERS, Respondent, for Compensation under the Workmen's Compensation Law, v. SYDNEY K. JOHNSON, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by Mrs. TILLIE SCHWABE, Widow, Respondent, on Account of the Death of HERMAN SCHWABE, Deceased, v. A. M. HAZELL, INC., Employer, and EMPLOYERS' MUTUAL INSURANCE COMPANY OF NEW YORK, Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by JENNIE SANDERS, Dependent Mother of FLORENCE SANDERS, Deceased, Appellant, v. GENERAL ELECTRIC COMPANY, Employer and Self-Insurer, Respondent.— Award reversed and matter remitted to the Commission for further consideration, upon the authority of *Jack* v. *Morrow Manufacturing Co.* (194 App. Div. 565). All concur.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of KATE NATHANSON, Respondent, for Compensation to Herself, under the Workmen's Compensation Law, v. FORSYTH BATH COMPANY, Employer, and MARYLAND CASUALTY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by Mrs. JOSEPHINE WINGERT, Respondent, v. TITLE GUARANTY AND TRUST COMPANY, Employer, and UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of FRANK HORR, Respondent, for Compensation under the Workmen's Compensation Law, v. PHŒNIX IRON AND FOUNDRY CORPORATION, Employer, and GLOBE INDEMNITY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ROSE B. KRONINGER, Appellant, Arising out of the Award Due SYLVESTER H. KRONINGER, Deceased, v. SYRACUSE MILLING COMPANY, Employer, and OCEAN ACCIDENT AND GUARANTY CORPORATION, Insurance Carrier, Respondents.— Decision unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of MARGARET ERVING, Respondent, for Compensation under the Workmen's Compensation Law, v. ROBINSON BYRON SHOE COMPANY, Employer, and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.